UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 9 2007

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CIVIL ACTION NO. 4:07-cv-03043 |
| $27,855.00 IN U.S. CURRENCY | |

### AUGUSTINE E. OZOKWELU'S CLAIM TO $27,855.00 SEIZED FROM HIM

Claimant, Augustine E. Ozokwelu, hereby files a claim for the recovery of $27,855.00 seized from him by the United States Customs and Border Protection Agency on August 31, 2007 at the George Bush International Airport in Houston, Texas, and for cause of action would respectfully show the following:

### PARTIES

1. Claimant, Augustine E. Ozokwelu, is an individual whose $27,855.00 was seized by the United States Customs and Border Protection Agency.

2. Plaintiff is the United States of America, who is currently in possession of Claimant's $27,855.00.

### CLAIM

3. Claimant asserts that the seized $27,855.00 belongs to him and hereby requests the return of this money.

4. Claimant has retained the undersigned counsel to file this claim on his behalf.

Respectfully submitted,

By: /s/ Patrick Chukelu
Patrick O. Chukelu, Esq.
Fed. Bar # 13181
T.B.A. # 04241090
9301 S.W. Freeway # 250
Houston, TX 77074
Tel: (713) 270-5533
Fax:(832) 200-0558
**ATTORNEY FOR CLAIMANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was transmitted to Assistant U.S. Attorney, Albert Ratliff, by Facsimile (713) 718-3300 on this 9th day of November, 2007.

/s/ Patrick Chukelu

## VERIFICATION

I hereby state that the representations contained in my notice of claim to recover my seized fund from the United States Customs and Border Protection is true and correct.

Augustine E. Ozokwelu

Signed before me on the 9th day of November, 2007.

Notary: T. O. DADA ESQ
Solicitor & Notary Public