UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3043 |
| | § | |
| $27,855.00 IN U.S. CURRENCY, | § | |
| Defendant. | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The Unopposed United States' Motion for an Agreed Order of Forfeiture and Final Judgment is granted.

The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure or arrest of Defendant in rem $27,855.00.

It is ORDERED that:

1. $15,320.25 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds,

2. The United States Department of Homeland Security shall return $12,534.75 of Defendant in rem to Augustine Emeka Ozokwelu, Claimant by sending a check payable to Augustine Emeka Ozokwelu and Patrick Chukelu, c/o Patrick Chukelu, Esq., 9301 Southwest

Page 1 of 2

Frwy, Suite 250, Houston, TX , 77074.

3. Augustine Emeka Ozokwelu, Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Augustine Emeka Ozokwelu, Claimant will bear his costs including attorney' fees, and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _____, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

Agreed as to form and substance:

_____
Patrick Chukelu, Attorney for
Augustine Emeka Ozokwelu, Claimant

_____
Albert Ratliff, Assistant U.S. Attorney