UNITED STATES DISTRICT COURT – ~~EASTERN~~ SOUTHERN – HOUSTON DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$200,000.00 IN U.S. CURRENCY AND ALL OTHER NON-CONTRABAND ITEMS SEIZED;<br><br>Defendant *In Rem*.<br><br>Nhat Hoang Dinh,<br><br>Claimant | No. 4:07-03043<br><br>VERIFIED CLAIM OF OWNERSHIP |

PLEASE TAKE NOTE that Nhat Hoang Dinh, by and through his attorney Jeffrey Steinborn, hereby claims an ownership and/or possessory interest in the defendant property in this matter (US Customs Receipt #3250009 and Case #20075301000115), such claim being superior to that of any other person or entity, including, but not limited to, the United States of America.

VERIFIED CLAIM OF OWNERSHIP - 1

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

1   Claimant, Nhat Hoang Dinh, by and through his attorney, hereby demands
2   restitution of said property in its entirety and demands the right to defend this action.
3   This claim is made on behalf of the Claimant, Nhat Hoang Dinh, by his attorney, the
4   undersigned, who is duly authorized to make said claim and act in Claimant's best interest.
5   Dated this 27 day of April, 2007.
6   JEFFREY STEINBORN, PLLC

8   _____
    Jeffrey Steinborn
    WSBA #1938
9   Counsel for Claimant Nhat Hoang Dinh

10                                  **VERIFICATION**
    STATE OF WASHINGTON    )
11                          )
                            )  ss.
12  COUNTY OF KING         )
                            )
13

14  I, NHAT HOANG DINH, declare and affirm as follows:

15  I am the Claimant herein and declare that the information contained in the above
16  Claim of Ownership is true and correct.

17  _____
    Nhat Hoang Dinh

18
19  SUBSCRIBED AND SWORN TO before me this 27 day of April, 2007.

20
21  _____
    NOTARY PUBLIC in and for the State of
    Washington, residing at SEATTLE
22  My commission expires 8-3-09

23

24

VERIFIED CLAIM OF OWNERSHIP - 2

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

**U.S. CUSTOMS AND BORDER PROTECTION**
**SEIZURE CASE: 2007-5301-000115.**

UNITED STATES CUSTOMS SERVICE

**SEIZED ASSET CLAIM FORM**

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE STE 340
SEATTLE, WA 98121
206-622-5117

Name: Nhat Dinh

Address: _____
(IMPORTANT: BE SURE TO
COMPLETE ALL PARTS BELOW)

Telephone No: (206) 622-5117

As authorized by 18 USC 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

All currency and non-contraband items seized. See letter of claim, attached.

PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

Part III

Possessory and/or ownership

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Nhat Dinh
Name (Print)

7/02/07
Date

_____
Signature

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**

Alfredo D. Barela
Consular Officer
Socialist Republic of Vietnam
Ho Chi Minh City
U.S. Consulate General

Socialist Republic of Vietnam }
Ho Chi Minh City              } ss
U.S. Consulate General        }

I do hereby certify that on
02 JUL 2007
before me personally appeared
NHAT HOANG DINH
known or proved to me to be
the same person who executed
the foregoing instrument and
acknowledged to me that he

# JEFFREY STEINBORN, PLLC
## ATTORNEY AT LAW

JEFFREY STEINBORN

1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WA 98101
(206) 622-5117
FAX: (206) 622-3848

April 24, 2007

*Sent via Federal Express Overnight to:*

Fines and Penalties Division
Bureau of Customs and Border Protection
U.S. Dept. of Homeland Security
2350 N Sam Houston Parkway E #1000
Houston, TX 77032
P: 281-985-6700
F: 281-985-6729

Re:   *Custody Receipt for Seized Property #3250009*
      *ENF-4-H:FPF SCR*
      *CN: 2007-5301-000115*

Dear Sir or Madam:

Please be advised that Nhat Hoang Dihn, by and through his attorney, Jeffrey Steinborn, claims an ownership and/or possessory interest in the approximately $200,000.00 in U.S. currency, and all other non-contraband items, seized on March 30, 2007, at Houston, Texas, which is the subject of Custody Receipt for Seized Property # 3250009 and Case #2007-5301-000115.

Mr. Dinh, by and through his attorney, Jeffrey Steinborn, requests that you transmit his claim to the United States Attorney for the Eastern District of Texas for initiation of appropriate judicial proceedings.

Please contact us immediately if you have any questions or concerns regarding this matter. Thank you.

Yours very truly,

JEFFREY STEINBORN, PLLC

Jeffrey Steinborn

## VERIFICATION

STATE OF WASHINGTON  )
                     )
COUNTY OF KING       )

I, Jeffrey Steinborn, being first duly sworn on oath, depose and say under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Jeffrey Steinborn
WSBA #1938
Counsel for Claimant Nhat Hoang Dihn

SUBSCRIBED AND SWORN to before me this 24 day of April, 2007.

_____
Print Name: BILLIE R MORELLI
Notary Public in and for the State of
Washington, residing at Seattle
My appointment expires: 8-3-09